# EXHIBIT 18

# KASOWITZ LLP

101 CALIFORNIA STREET, SUITE 3950

SAN FRANCISCO, CALIFORNIA 94111

(415) 421-6140

FAX: (415) 398-5030

JONATHAN K. WALDROP
DIRECT DIAL: (650) 453-5425
DIRECT FAX: (650) 362-2445
JWALDROP@KASOWITZ.COM

ATLANTA
BOULDER
HOUSTON
LOS ANGELES
MIAMI
NEW YORK
NEWARK
WASHINGTON DC

April 7, 2026

**<u>VIA EMAIL AND FEDERAL EXPRESS</u>**

Michael Bucci
Chief Intellectual Property Counsel
The Travelers Companies, Inc.
485 Lexington Avenue
New York, NY 10017
michael.bucci@travelers.com

> Re:    *Intellectual Ventures Management, LLC, Invention Investment Fund I, L.P. and Invention Investment Fund II, LLC, and Intellectual Ventures I LLC and Intellectual Ventures II LLC*

Dear Mr. Bucci,

We write on behalf of Intellectual Ventures Management, LLC ("IVM"). IVM provides management services to Invention Investment Fund I, L.P. ("IIF1") and Invention Investment Fund II, LLC ("IIF2", and together with IIF1, "IIF") as well as Intellectual Ventures I LLC ("IV I") and Intellectual Ventures II LLC ("IV II"). IIF, IV I, and/or IV II (collectively "IV") own or have the exclusive right to license a large portfolio of patents and pending patent applications (approximately 3,200 worldwide patents and applications), which relate to a broad range of technologies. Many of these patented technologies should be of interest to The Travelers Companies, Inc. ("Travelers").

We would like to call your attention to the below set of sample IIF patents, which may cover technologies used in at least the example products, platforms, features, and/or services listed in the table below that Travelers makes, uses, sells, offers for sale, imports, and/or encourages its customers and partners to make, use, sell, offer to sell and/or import:

Kᴀꜱᴏᴡɪᴛᴢ ʟʟᴘ

Michael Bucci
Chief Intellectual Property Counsel
The Travelers Companies, Inc.
April 7, 2026
Page 2

| US Patent No. | Title | Assignee | Example Claim | Example Product/Feature |
|---|---|---|---|---|
| 7,257,582 | LOAD BALANCING WITH SHARED DATA | INTELLECTUAL VENTURES I LLC | 1 | Open Source Software: Travelers' use of Spark and/or PySpark See June 2024 Notice Letter |
| 7,669,081 | SYSTEMS AND METHODS FOR SCHEDULING, PROCESSING, AND MONITORING TASKS | OL SECURITY LIMITED LIABILITY COMPANY a wholly owned subsidiary of IIF2 | 1 | Open Source Software: Travelers' use of Spark and/or PySpark See August 2025 Notice Letter |
| 7,840,589 | SYSTEMS AND METHODS FOR USING LEXICALLY-RELATED QUERY ELEMENTS WITHIN A DYNAMIC OBJECT FOR SEMANTIC SEARCH REFINEMENT AND NAVIGATION | GULA CONSULTING LIMITED LIABILITY COMPANY a wholly owned subsidiary of IIF2 | 22 | UI: Travelers Website Search See Enclosures |
| 7,930,287 | SYSTEMS AND METHODS FOR COMPOUND SEARCHING | OL SECURITY LIMITED LIABILITY COMPANY a wholly owned subsidiary of IIF2 | 28 | Open Source Software: Travelers' use of Elasticsearch See August 2025 Notice Letter |
| 7,949,785 | SECURE VIRTUAL COMMUNITY NETWORK SYSTEM | INTELLECTUAL VENTURES I LLC | 30 | Open Source Software: Travelers' use of Kubernetes See June 2024 Notice Letter |
| 8,266,124 | INTEGRATED ASSET MANAGEMENT | CALLAHAN CELLULAR L.L.C. a wholly owned subsidiary of IIF2 | 1 | Open Source Software: Travelers' use of Kubernetes See Enclosures |
| 8,332,844 | ROOT IMAGE CACHING AND INDEXING FOR BLOCK-LEVEL DISTRIBUTED APPLICATION MANAGEMENT | INTELLECTUAL VENTURES II LLC | 7 | Open Source Software: Travelers' use of Docker See June 2024 Notice Letter |
| 8,352,584 | SYSTEM FOR HOSTING CUSTOMIZED COMPUTING CLUSTERS | INTELLECTUAL VENTURES II LLC | 1 | Open Source Software: Travelers' use of Kubernetes See August 2025 Notice Letter |
| 8,407,722 | ASYNCHRONOUS MESSAGING USING A NODE SPECIALIZATION | INTELLECTUAL VENTURES I LLC | 14 | Open Source Software: Travelers' use of Kafka |

KASOWITZ LLP

Michael Bucci
Chief Intellectual Property Counsel
The Travelers Companies, Inc.
April 7, 2026
Page 3

| US Patent No. | Title | Assignee | Example Claim | Example Product/Feature |
|---|---|---|---|---|
| | ARCHITECTURE IN THE DYNAMIC ROUTING NETWORK | | | See June 2024 Notice Letter |
| 8,447,762 | STORING LOSSY HASHES OF FILE NAMES AND PARENT HANDLES RATHER THAN FULL NAMES USING A COMPACT TABLE FOR NETWORK-ATTACHED-STORAGE (NAS) | CUFER ASSET LTD. L.L.C. a wholly owned subsidiary of IIF1 | 7 | Open Source Software: Travels' use of MongoDB See August 2025 Notice Letter |
| 9,047,349 | METHODS FOR EFFECTIVE PROCESSING OF TIME SERIES | TAMIRAS PER PTE. LTD., LLC a wholly owned subsidiary of IIF2 | 1 | Open Source Software: Travelers' use of Elasticsearch See Enclosures |
| 9,686,183 | DIGITAL OBJECT ROUTING BASED ON A SERVICE REQUEST | ZARBAÑA DIGITAL FUND LLC a wholly owned subsidiary of IIF1 | 1 | Open Source Software: Travelers' use of Airflow See Enclosures |
| RE48,894 | DISAGGREGATED RESOURCES AND ACCESS METHODS | INTELLECTUAL VENTURES I LLC | 15 | Open Source Software: Travelers' use of Kafka See August 2025 Notice Letter |

As noted in the table, Travelers has already received communications pertaining to several (but not all) of these listed patents/technologies. Enclosed are copies of each of the above-listed patents for which communications were not previously sent, along with supporting screen shots.

IV does not authorize Travelers or Travelers' customers or partners to practice any of the above patents and/or other IV patent rights without a license. IV is willing to offer a patent license and remains open to business discussions with Travelers to negotiate such a license, either to the specifically referenced patents or to all or a subset of the IV patent rights.

We look forward to hearing from you at your earliest convenience.

Sincerely,

Jonathan K. Waldrop

JKW: ih

KASOWITZ LLP

Michael Bucci
Chief Intellectual Property Counsel
The Travelers Companies, Inc.
April 7, 2026
Page 4


Enclosures:

Patent No: US 7,840,589
Patent No: US 8,266,124
Patent No: US 9,047,349
Patent No: US 9,686,183
Screen Shots for Third Notice Letter

cc:     Michelle Macartney
        Chief Counsel, Patents and IIF Prosecution
        Intellectual Ventures Management, LLC
        mmacartney@intven.com

        Steve Joroff
        Licensing Executive
        On behalf of: Intellectual Ventures Management
        sjoroff@intven.com

        Christopher Kirkman
        Senior Counsel, Intellectual Property
        The Travelers Companies, Inc.
        ckirkman@travelers.com

        Jonathan Jay
        AVP Intellectual Property
        The Travelers Companies, Inc.
        jonathan.jay@travelers.com