# EXHIBIT 27

Intellectual Ventures Claim Chart for 584 Patent from

Intellectual Ventures I LLC v. Bank of New York Mellon, No. 25-cv-631-L, D.I. 1 at Ex. 10 (N.D. Tex. May 8, 2025)

**Example BNY Mellon Count IV Systems and Services**
**U.S. Patent No. 8,352,584 ("the '584 Patent")**

The Accused Systems and Services include without limitation BNY Mellon systems and services that utilize Kubernetes; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future BNY Mellon systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example BNY Mellon Count IV Systems and Services" or "BNY Mellon Systems and Services").[1]

On information and belief, the BNY Mellon Count IV Systems and Services use Kubernetes in its private and/or public cloud(s). For example, BNY Mellon and/or its employees post, or have posted, job opportunities or profiles that require familiarity with Kubernetes.

- https://www.linkedin.com/in/vikrams2/[2] (employee with role of AI infrastructure and HPC lead who uses Kubernetes).
- https://www.linkedin.com/in/pavanispaug/ (employee with role of senior data engineer who uses Kubernetes).
- https://www.linkedin.com/in/srv-durga-ayyappa-vuppu-b4472428a (employee with role of devops engineer who uses Kubernetes).

Further, BNY Mellon publishes documents describing BNY Mellon's implementation of BNY Mellon Count IV Systems and Services on private and/or public cloud(s).

- https://www.bny.com/corporate/global/en/solutions/data-and-analytics.html (stating that BNY Mellon is "[c]loud-first, both public and private, for scale and flexibility").
- https://www.bobsguide.com/bny-mellon-eagle-investment-systems/ (mentioning private cloud entity acquired by BNY Mellon).
- investor-day-2014-client-technology-solutions.pdf (BNY Mellon presentation mentioning use of private cloud).

---

[1] For the avoidance of doubt, Plaintiffs do not accuse public clouds of BNY Mellon, if those services are provided by a cloud provider with a license to Plaintiffs' patents that covers BNY Mellon's activities. IV will provide relevant license agreements for cloud providers in discovery. To the extent any of these licenses are relevant to BNY Mellon's activities, Plaintiffs will meet and confer with BNY Mellon about the impact of such license(s).

[2] All links in this exhibit were publicly accessible as of February 27, 2025.

2

| U.S. Patent No. 8,352,584 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| [1.pre]. A computer system, comprising: | To the extent this preamble is limiting, on information and belief, the BNY Mellon Count IV Systems and Services include a computer system.<br><br>For example, Kubernetes is a portable, extensible, open-source platform for managing containerized workloads and services.<br><br>## Overview<br><br>Kubernetes is a portable, extensible, open source platform for managing containerized workloads and services, that facilitates both declarative configuration and automation. It has a large, rapidly growing ecosystem. Kubernetes services, support, and tools are widely available.<br><br>Source: https://kubernetes.io/docs/concepts/overview/.<br><br>Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | **Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

4

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Figure 1. Kubernetes cluster components.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/.<br><br>Kubernetes supports multi-clusters. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas. <br><br> Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

6

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| [1.a] a private communications network linked to a public communications network; | On information and belief, the BNY Mellon Count IV Systems and Services include a private communications network linked to a public communications network.<br><br>For example, a Kubernetes cluster network is linked through an ingress configuration to an external network such as the Internet.<br><br>## Terminology<br><br>For clarity, this guide defines the following terms:<br><br>- Node: A worker machine in Kubernetes, part of a cluster.<br>- Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>- Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>- Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>- Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br><br><br>Figure. Ingress<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

9

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>• **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>• **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>• **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| [1.b] a first cluster comprising a set of computing resources, including at least one hardware processor, in a first | On information and belief, the BNY Mellon Count IV Systems and Services include a first cluster comprising a set of computing resources, including at least one hardware processor, in a first configuration, wherein the first cluster is communicatively linked to the private communications network. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| configuration, wherein the first cluster is communicatively linked to the private communications network; | For example, Kubernetes uses clusters, which are groups of nodes that run containerized applications on behalf of a client. Kubernetes clusters include workload computing resources, such as processors and memory, and are connected to a private communications network.<br><br>**Cluster Architecture**<br><br>The architectural concepts behind Kubernetes.<br><br>A Kubernetes cluster consists of a control plane plus a set of worker machines, called nodes, that run containerized applications. Every cluster needs at least one worker node in order to run Pods.<br><br>The worker node(s) host the Pods that are the components of the application workload. The control plane manages the worker nodes and the Pods in the cluster. In production environments, the control plane usually runs across multiple computers and a cluster usually runs multiple nodes, providing fault-tolerance and high availability.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/. |

11

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Figure 1. Kubernetes cluster components.<br><br>Source: https://kubernetes.io/docs/concepts/architecture/.[3] |

---

[3] Annotations added unless otherwise noted.

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | A Kubernetes node is either a virtual or physical machine that one or more Kubernetes pods run on. It is a worker machine that contains the necessary services to run pods, including the CPU and memory resources they need to run. <br><br> Source: https://www.cloudzero.com/blog/kubernetes-node-vs-pod/. <br><br> Kubernetes supports multi-cluster architectures. <br><br> Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas. <br><br> Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
|  | A Kubernetes cluster is connected to a public network, such as the Internet, through ingress or Gateway API configurations.<br><br>Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br><br><br>Figure. Ingress<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Resource model<br><br>Gateway API has three stable API kinds:<br><br>- **GatewayClass:** Defines a set of gateways with common configuration and managed by a controller that implements the class.<br><br>- **Gateway:** Defines an instance of traffic handling infrastructure, such as cloud load balancer.<br><br>- **HTTPRoute:** Defines HTTP-specific rules for mapping traffic from a Gateway listener to a representation of backend network endpoints. These endpoints are often represented as a Service.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| [1.c] a second cluster comprising a set of computing resources, | On information and belief, the BNY Mellon Count IV Systems and Services include a second cluster comprising a set of computing resources, including at least one hardware processor, in a second |

| U.S. Patent No. 8,352,584 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| including at least one hardware processor, in a second configuration, wherein the second cluster is communicatively linked to the private communications network; and | configuration, wherein the second cluster is communicatively linked to the private communications network.<br><br>For example, Kubernetes supports multi-cluster architectures.<br><br>Kubernetes is designed to scale quickly, massively, and reliably. However, scaling in place — such as adding more nodes to a cluster — eventually reaches a point of diminishing returns. Kubernetes multi-cluster, which is multiple Kubernetes clusters operating as a single logical platform, helps solve this problem and enhances Kubernetes capabilities in many critical areas.<br><br>Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| |  Source: https://www.kubecost.com/kubernetes-multi-cloud/kubernetes-multi-cluster/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | A Kubernetes cluster network can also be linked through for example a Gateway API configuration to an external network such as the Internet.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| [1.d] a monitoring system to monitor operations of the first cluster and the second cluster for communications problems; | On information and belief, the BNY Mellon Count IV Systems and Services include a monitoring system to monitor operations of the first cluster and the second cluster for communications problems. |
| | For example, Kubernetes works with full metrics pipeline solutions, which provide monitoring of operations within Kubernetes clusters including monitoring operational and connectivity problems. |
| | A full metrics pipeline gives you access to richer metrics. Kubernetes can respond to these metrics by automatically scaling or adapting the cluster based on its current state, using mechanisms such as the Horizontal Pod Autoscaler. The monitoring pipeline fetches metrics from the kubelet and then exposes them to Kubernetes via an adapter by implementing either the `custom.metrics.k8s.io` or `external.metrics.k8s.io` API. |
| | Kubernetes is designed to work with OpenMetrics, which is one of the CNCF Observability and Analysis - Monitoring Projects, built upon and carefully extending Prometheus exposition format in almost 100% backwards-compatible ways. |
| | Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/resource-usage-monitoring/. |
| | **What is Kubernetes monitoring?** |
| | Simply put, Kubernetes monitoring is the practice of tracking the status of all components of a Kubernetes environment. Because there are many pieces inside Kubernetes, Kubernetes monitoring actually entails monitoring many distinct things, such as: |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | • The kube-system workloads.<br>• Cluster information using the Kubernetes API.<br>• Applications interactions with Kubernetes by monitoring apps bottom-up.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes monitoring includes providing alerts to problems occurring within a cluster that enables troubleshooting and addressing other potential issues.<br><br>By collecting Kubernetes data, you'll get viable information regarding your Kubernetes cluster health, that can help you perform Kubernetes troubleshooting and manage issues like unexpected container termination. You can also leverage the data for proactive decisions such as adjusting rate limits.<br><br>Source: https://www.groundcover.com/kubernetes-monitoring.<br><br>Kubernetes includes various metrics tracking tools, such as tools for monitoring node health across multiple clusters. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
| :---: | :---: |
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
|  | **Monitor Node Health**<br><br>*Node Problem Detector* is a daemon for monitoring and reporting about a node's health. You can run Node Problem Detector as a `DaemonSet` or as a standalone daemon. Node Problem Detector collects information about node problems from various daemons and reports these conditions to the API server as Node Conditions or as Events.<br><br>Source: https://kubernetes.io/docs/tasks/debug/debug-cluster/monitor-node-health/.<br><br>Kubernetes alerting provides for identification of operational and connectivity problems including identification of clusters associated with the problem. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | Kubernetes alerting is the practice of generating notifications for events or trends in Kubernetes that require admins' attention. Examples of such events and trends include:<br><br>• A node that has failed.<br><br>• A Pod that is stuck in the pending state.<br><br>• A container or Pod that is consuming a high level of resources relative to normal consumption trends.<br><br>• High latency rates for communication between Kubernetes cluster components (such as between kubelet and control plane nodes).<br><br>Source: https://www.groundcover.com/kubernetes-monitoring/kubernetes-alerting. |
| [1.e] wherein the first configuration differs from the second configuration; | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the first configuration differs from the second configuration.<br><br>For example, Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers, resulting in different configurations occurring at each node and cluster. |

23

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Pods<br><br>*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.<br><br>A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |

24

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

| U.S. Patent No. 8,352,584 (Claim 1) ||
| :---: | :---: |
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Workload resources for managing pods 🔗<br><br>Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.<br><br>Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |
| [1.f] wherein the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task; and | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the first configuration provides a first computing environment to perform a first client task and the second configuration provides a second computing environment to perform a second client task.<br><br>For example, Kubernetes pods distributed across different nodes in different clusters can be configured to perform different tasks. Each node contains services necessary to run a pod, and each pod runs its own instance of a given application container or set of application containers, resulting in different configurations occurring at each node and cluster. |

26

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Pods<br><br>*Pods* are the smallest deployable units of computing that you can create and manage in Kubernetes.<br><br>A *Pod* (as in a pod of whales or pea pod) is a group of one or more containers, with shared storage and network resources, and a specification for how to run the containers. A Pod's contents are always co-located and co-scheduled, and run in a shared context. A Pod models an application-specific "logical host": it contains one or more application containers which are relatively tightly coupled. In non-cloud contexts, applications executed on the same physical or virtual machine are analogous to cloud applications executed on the same logical host.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| |  Source: https://kubernetes.io/docs/tutorials/kubernetes-basics/explore/explore-intro/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | **Workload resources for managing pods** 🔗<br><br>Usually you don't need to create Pods directly, even singleton Pods. Instead, create them using workload resources such as Deployment or Job. If your Pods need to track state, consider the StatefulSet resource.<br><br>Each Pod is meant to run a single instance of a given application. If you want to scale your application horizontally (to provide more overall resources by running more instances), you should use multiple Pods, one for each instance. In Kubernetes, this is typically referred to as *replication*. Replicated Pods are usually created and managed as a group by a workload resource and its controller.<br><br>Source: https://kubernetes.io/docs/concepts/workloads/pods/. |
| [1.g] wherein the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage; | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the computing resources comprise processing nodes, data storage shared by the processing nodes, and at least one communications network to link the processing nodes to each other and to the data storage.<br><br>For example, nodes in Kubernetes are worker machines with access to organized groups of resources such as CPU and memory. Nodes are managed by the Kubernetes control plane, where a pod and its containers run on a node. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/concepts/overview/components/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Resource Management for Pods and Containers<br><br>When you specify a Pod, you can optionally specify how much of each resource a container needs. The most common resources to specify are CPU and memory (RAM); there are others.<br><br>When you specify the resource *request* for containers in a Pod, the kube-scheduler uses this information to decide which node to place the Pod on. When you specify a resource *limit* for a container, the kubelet enforces those limits so that the running container is not allowed to use more of that resource than the limit you set. The kubelet also reserves at least the *request* amount of that system resource specifically for that container to use.<br><br>Source: https://kubernetes.io/docs/concepts/configuration/manage-resources-containers/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Core Components<br><br>A Kubernetes cluster consists of a control plane and one or more worker nodes. Here's a brief overview of the main components:<br><br>## Control Plane Components<br><br>Manage the overall state of the cluster:<br><br>**kube-apiserver**<br><br>The core component server that exposes the Kubernetes HTTP API<br><br>**etcd**<br><br>Consistent and highly-available key value store for all API server data<br><br>**kube-scheduler**<br><br>Looks for Pods not yet bound to a node, and assigns each Pod to a suitable node.<br><br>**kube-controller-manager**<br><br>Runs controllers to implement Kubernetes API behavior.<br><br>**cloud-controller-manager** (optional)<br><br>Integrates with underlying cloud provider(s).<br><br>Source: https://kubernetes.io/docs/concepts/overview/components/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ### Node Components<br><br>Run on every node, maintaining running pods and providing the Kubernetes runtime environment:<br><br>**kubelet**<br><br>Ensures that Pods are running, including their containers.<br><br>**kube-proxy (optional)**<br><br>Maintains network rules on nodes to implement Services.<br><br>**Container runtime**<br><br>Software responsible for running containers. Read Container Runtimes to learn more.<br><br>Source: https://kubernetes.io/docs/concepts/overview/components/. |
| [1.h] wherein the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network; | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the first cluster establishes communications between the set of computing resources of the first cluster and a first gateway communicatively linked between the first cluster and the private communications network.<br><br>For example, a Kubernetes cluster network is linked through an ingress configuration to internal and /or external networks such as the Internet. |

33

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | **Ingress**<br><br>Make your HTTP (or HTTPS) network service available using a protocol-aware configuration mechanism, that understands web concepts like URIs, hostnames, paths, and more. The Ingress concept lets you map traffic to different backends based on rules you define via the Kubernetes API.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.<br><br>**Terminology**<br><br>For clarity, this guide defines the following terms:<br><br>• Node: A worker machine in Kubernetes, part of a cluster.<br>• Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>• Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>• Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>• Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| |

Source: https://kubernetes.io/docs/concepts/services-networking/ingress/.

A Kubernetes cluster network can also be linked through for example a Gateway API configuration to internal and /or external networks such as the Internet. |

35

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | **Gateway API**<br><br>Gateway API is a family of API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.<br><br>Make network services available by using an extensible, role-oriented, protocol-aware configuration mechanism. Gateway API is an add-on containing API kinds that provide dynamic infrastructure provisioning and advanced traffic routing.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

36

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Design principles<br><br>The following principles shaped the design and architecture of Gateway API:<br><br>- **Role-oriented:** Gateway API kinds are modeled after organizational roles that are responsible for managing Kubernetes service networking:<br>  - **Infrastructure Provider:** Manages infrastructure that allows multiple isolated clusters to serve multiple tenants, e.g. a cloud provider.<br>  - **Cluster Operator:** Manages clusters and is typically concerned with policies, network access, application permissions, etc.<br>  - **Application Developer:** Manages an application running in a cluster and is typically concerned with application-level configuration and Service composition.<br>- **Portable:** Gateway API specifications are defined as custom resources and are supported by many implementations.<br>- **Expressive:** Gateway API kinds support functionality for common traffic routing use cases such as header-based matching, traffic weighting, and others that were only possible in Ingress by using custom annotations.<br>- **Extensible:** Gateway allows for custom resources to be linked at various layers of the API. This makes granular customization possible at the appropriate places within the API structure.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| [1.i] wherein the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network; | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the second cluster establishes communications among the set of computing resources of the second cluster and a second gateway communicatively linked between the second cluster and the private communications network.<br><br>For example, a Kubernetes cluster network is linked through an ingress configuration to internal and /or external networks such as the Internet.<br><br><br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

39

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Terminology<br><br>For clarity, this guide defines the following terms:<br><br>• Node: A worker machine in Kubernetes, part of a cluster.<br>• Cluster: A set of Nodes that run containerized applications managed by Kubernetes. For this example, and in most common Kubernetes deployments, nodes in the cluster are not part of the public internet.<br>• Edge router: A router that enforces the firewall policy for your cluster. This could be a gateway managed by a cloud provider or a physical piece of hardware.<br>• Cluster network: A set of links, logical or physical, that facilitate communication within a cluster according to the Kubernetes networking model.<br>• Service: A Kubernetes Service that identifies a set of Pods using label selectors. Unless mentioned otherwise, Services are assumed to have virtual IPs only routable within the cluster network.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | **What is Ingress?** Ingress exposes HTTP and HTTPS routes from outside the cluster to services within the cluster. Traffic routing is controlled by rules defined on the Ingress resource. Here is a simple example where an Ingress sends all its traffic to one Service: Figure. Ingress Source: https://kubernetes.io/docs/concepts/services-networking/ingress/. A Kubernetes cluster network can also be linked through for example a Gateway API configuration to internal and /or external networks such as the Internet. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Design principles<br><br>The following principles shaped the design and architecture of Gateway API:<br><br>- **Role-oriented:** Gateway API kinds are modeled after organizational roles that are responsible for managing Kubernetes service networking:<br>    ◦ **Infrastructure Provider:** Manages infrastructure that allows multiple isolated clusters to serve multiple tenants, e.g. a cloud provider.<br>    ◦ **Cluster Operator:** Manages clusters and is typically concerned with policies, network access, application permissions, etc.<br>    ◦ **Application Developer:** Manages an application running in a cluster and is typically concerned with application-level configuration and Service composition.<br>- **Portable:** Gateway API specifications are defined as custom resources and are supported by many implementations.<br>- **Expressive:** Gateway API kinds support functionality for common traffic routing use cases such as header-based matching, traffic weighting, and others that were only possible in Ingress by using custom annotations.<br>- **Extensible:** Gateway allows for custom resources to be linked at various layers of the API. This makes granular customization possible at the appropriate places within the API structure.<br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |

44

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | <br><br>Source: https://kubernetes.io/docs/concepts/services-networking/gateway/. |
| [1.j] wherein communications between the first cluster and the second cluster are isolated; | On information and belief, the BNY Mellon Count IV Systems and Services include a system where communications between the first cluster and the second cluster are isolated.<br><br>For example, multi-cluster Kubernetes provides for isolated workloads in separate clusters.<br><br><br><br>Source: https://www.tigera.io/learn/guides/kubernetes-networking/kubernetes-multi-cluster/.<br><br>Multi-cluster Kubernetes also provides for configuring access to different clusters. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| | ## Configure Access to Multiple Clusters<br><br>This page shows how to configure access to multiple clusters by using configuration files. After your clusters, users, and contexts are defined in one or more configuration files, you can quickly switch between clusters by using the `kubectl config use-context` command.<br><br>## Define clusters, users, and contexts<br><br>Suppose you have two clusters, one for development work and one for test work. In the `development` cluster, your frontend developers work in a namespace called `frontend`, and your storage developers work in a namespace called `storage`. In your `test` cluster, developers work in the default namespace, or they create auxiliary namespaces as they see fit. Access to the development cluster requires authentication by certificate. Access to the test cluster requires authentication by username and password.<br><br>Source: https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/. |
| [1.k] wherein the first cluster is a high performance cluster; and | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the first cluster is a high-performance cluster. |

46

| U.S. Patent No. 8,352,584 (Claim 1) ||
| --- | --- |
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
|  | Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications. It groups containers that make up an application into logical units for easy management and discovery. Kubernetes builds upon 15 years of experience of running production workloads at Google, combined with best-of-breed ideas and practices from the community. <br><br> Source: https://kubernetes.io/. <br><br> Planet Scale 🔗 <br> Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team. <br><br> Source: https://kubernetes.io/. <br><br> Kubernetes is a scalable and performant engine that orchestrates containers in a server environment. It is highly optimized by default, and it scales nicely in a suitable infrastructure. <br><br> It is also less opinionated by default, and there are plenty of customizations for end-users to define. This flexibility allows Kubernetes to cover many different use cases and penetrate the market faster, making it extremely popular. <br><br> Source: https://platform9.com/blog/10-kubernetes-performance-tips/. |

| U.S. Patent No. 8,352,584 (Claim 1) | |
|---|---|
| **Claim 1** | **Example BNY Mellon Count IV Systems and Services** |
| [1.l] wherein the second cluster is a high performance cluster. | On information and belief, the BNY Mellon Count IV Systems and Services include a system where the second cluster is a high performance cluster.<br><br>Kubernetes, also known as K8s, is an open source system for automating deployment, scaling, and management of containerized applications.<br><br>It groups containers that make up an application into logical units for easy management and discovery. Kubernetes builds upon 15 years of experience of running production workloads at Google, combined with best-of-breed ideas and practices from the community.<br><br>Node<br><br>Source: https://kubernetes.io/.<br><br>Planet Scale 🔗<br>Designed on the same principles that allow Google to run billions of containers a week, Kubernetes can scale without increasing your operations team.<br><br>Source: https://kubernetes.io/.<br><br>Kubernetes is a scalable and performant engine that orchestrates containers in a server environment. It is highly optimized by default, and it scales nicely in a suitable infrastructure.<br><br>It is also less opinionated by default, and there are plenty of customizations for end-users to define. This flexibility allows Kubernetes to cover many different use cases and penetrate the market faster, making it extremely popular.<br><br>Source: https://platform9.com/blog/10-kubernetes-performance-tips/. |